IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIANNE LEWIS, | ) |
| Plaintiff, | ) |
| | ) Civil Action No.:07 – CV – 00644 – DWA |
| v. | ) |
| J.C. PENNEY COMPANY, INC. | ) |
| Defendant. | ) |

**STIPULATION FOR DISMISSAL OR SETTLEMENT OF CASE**

We the attorneys for the respective parties, do hereby stipulate that the above-captioned matter is hereby settled.

*This case is Closed*

_____
Patricia L. McGrail, Esquire
Attorney for the Plaintiff

_____
Jacob S. Polochak, Esquire
Attorney for the Defendant

AND NOW, this 30th day of Nov., 2007 IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE